| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **BBC GROUP NV, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Bok Bok Mediterranean** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2448946** | |
| 4. | Debtor's address | **Principal place of business**  **10611 Amber Ridge Dr.**  **Unit #203**  **North Las Vegas, NV 89032**  Number, Street, City, State & ZIP Code  **Clark**  County | **Mailing address, if different from principal place of business**  **3815 Fairmeade Rd**  **Pasadena, CA 91107**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.eatbocboc.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **BBC GROUP NV, LLC**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | BBC GROUP NV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **BBC GROUP NV, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor **BBC GROUP NV, LLC**                                      Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 29, 2022**
              MM / DD / YYYY

X **/s/ Jacob Tchamanian**                                    **Jacob Tchamanian**
  Signature of authorized representative of debtor              Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Seth D Ballstaedt, Esq.**                             Date **April 29, 2022**
  Signature of attorney for debtor                                   MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone **(702) 715-0000**    Email address **help@bkvegas.com**

**11516 NV**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BBC GROUP NV, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alsco** 2300 N Commerce Street North Las Vegas, NV 91203 | | **Suplier** | | | | $20,000.00 |
| **Continental Development Group** 4114 Sepulveda Blvd, Suite L Culver City, CA 90230 | | **Store lease** | | | | $400,000.00 |
| **Cref X LV Crossroads LLC** 2425 East Camelback Rd, Suit 750 Phoenix, AZ 85016 | | **Property lease** | | | | $100,000.00 |
| **Employee Wages** | | | | | | $105,000.00 |
| **Employers CA** 14435 N 7th St, suite 201 Phoenix, AZ 85022 | | **Insurance expense** | | | | $42,000.00 |
| **Harsch Investment** 1121 SW Salmon St, suite 500 Portland, OR 97205 | | **Property Lease** | | | | $20,000.00 |
| **Hartford Financial NV** One Pierce Place, suite 725W Itasca, IL 60143 | | **Insurance premium** | | | | $14,000.00 |
| **IRS** PO BOX 7346 Philadelphia, PA 19101 | | **Payroll Tax Obligation Q1 2022 Q2 2022 YTD** | | | | $50,000.00 |

Debtor **BBC GROUP NV, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Karen Hatfield** 143 South La Brea Los Angeles, CA 90036 | | **Store lease** | | | | $270,000.00 |
| **LADWP** NA Los Angeles, CA 91203 | | **Utilities** | | | | $68,000.00 |
| **Nevada Energy** 6226 W Sahara Ave Las Vegas, NV 89146 | | **Utilities** | | | | $10,000.00 |
| **Paychex** 911 Panorama trail soutrh Rochester, NY 14625 | | **Lawsuit** | | | | $80,000.00 |
| **Robert Gould** Lipeles Law Group, 880 Appolo Street sui El Segundo, CA 90245 | | **Lawsuit** | | | | $10,000.00 |
| **S Larson Family Limited** 583 St Croix Henderson, NV 91203 | | **Property lease** | | | | $100,000.00 |
| **Souther California Gas** NA Los Angeles, CA 91203 | | **Utilities** | | | | $53,000.00 |
| **Southern California Edison** na Los Angeles, CA 91203 | | **electric** | | | | $31,000.00 |
| **Southwest Gas** P.O.Bo 98890 Las Vegas, CA 89193 | | **Utilities** | | | | $11,000.00 |
| **Sysco** 20701 east currier rd Pasadena, CA 91789 | | **Mortgage Loan** | | | | $20,000.00 |
| **Sysco** 6201 East Centennial Parkway Las Vegas, NV 89115 | | **Food supplier** | | | | $20,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Debtor **BBC GROUP NV, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Westfield**<br>**2049 Century Park East, 41st floor**<br>**Los Angeles, CA 90067** | | **Store Lease** | | | | $564,044.00 |

```
BBC GROUP NV, LLC
3815 Fairmeade Rd
Pasadena, CA 91107

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89117

Alsco
Acct No na
2300 N Commerce Street
North Las Vegas, NV 91203

Continental Development Group
Acct No NA
4114 Sepulveda Blvd, Suite L
Culver City, CA 90230

Cref X LV Crossroads LLC
Acct No NA
2425 East Camelback Rd, Suit 750
Phoenix, AZ 85016

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Employee Wages


Employers CA
Acct No 21-09497
14435 N 7th St, suite 201
Phoenix, AZ 85022

Harsch Investment
Acct No NA
1121 SW Salmon St, suite 500
Portland, OR 97205

Hartford Financial NV
One Pierce Place, suite 725W
Itasca, IL 60143

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
PO BOX 7346
Philadelphia, PA 19101
```

```
Karen Hatfield
Acct No NA
143 South La Brea
Los Angeles, CA 90036

LADWP
Acct No NA
NA
Los Angeles, CA 91203

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

Nevada Energy
Acct No NA
6226 W Sahara Ave
Las Vegas, NV 89146

Paychex
Acct No NA
911 Panorama trail soutrh
Rochester, NY 14625

Robert Gould
Acct No NA
Lipeles Law Group, 880 Appolo Street sui
El Segundo, CA 90245

S Larson Family Limited
583 St Croix
Henderson, NV 91203

Souther California Gas
Acct No 814,200,346,905,934,000,000,00
NA
Los Angeles, CA 91203

Southern California Edison
Acct No 8003939374
na
Los Angeles, CA 91203

Southwest Gas
Acct No NA
P.O.Bo 98890
Las Vegas, CA 89193

Sysco
Acct No 166349
20701 east currier rd
Pasadena, CA 91789
```

```
Sysco
Acct No 953133
6201 East Centennial Parkway
Las Vegas, NV 89115

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Waste Management
Acct No NA
P.O.Box 43530
Phoenix, AZ 85080

Westfield
Acct No NA
2049 Century Park East, 41st floor
Los Angeles, CA 90067
```

# United States Bankruptcy Court
### District of Nevada

In re: **BBC GROUP NV, LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BBC GROUP NV, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 29, 2022**
Date

/s/ Seth D Ballstaedt, Esq.
**Seth D Ballstaedt, Esq.**
Signature of Attorney or Litigant
Counsel for **BBC GROUP NV, LLC**
**Fair Fee Legal Services**
**8751 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
**(702) 715-0000 Fax:(702) 666-8215**
**help@bkvegas.com**

**United States Bankruptcy Court**
**District of Nevada**

In re  **BBC GROUP NV, LLC**                                             Case No.
                                     Debtor(s)                          Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jacob Tchamanian**, declare under penalty of perjury that I am the **Managing Member** of **BBC GROUP NV, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said LLC at a special meeting duly called and held on the 28th day of April, 2022 .

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jacob Tchamanian**, **Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Jacob Tchamanian**, **Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Jacob Tchamanian**, **Managing Member** of this LLC is authorized and directed to employ **Seth D Ballstaedt, Esq.**, attorney and the law firm of **Fair Fee Legal Services** to represent the LLC in such bankruptcy case."

Date **April 28, 2022**                                  Signed  **/s/ Jacob Tchamanian**
                                                                 **Jacob Tchamanian**

Resolution of Members
of
**BBC GROUP NV, LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jacob Tchamanian**, **Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Jacob Tchamanian**, **Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Jacob Tchamanian**, **Managing Member** of this LLC is authorized and directed to employ **Seth D Ballstaedt, Esq.**, attorney and the law firm of **Fair Fee Legal Services** to represent the LLC in such bankruptcy case.

Date **April 28, 2022**              Signed **/s/ Jacob Tchamanian**
                                              **Jacob Tchamanian**

Date **April 28, 2022**              Signed _____