Ballstaedt Law Firm, LLC dba Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

*e-filed 6/9/2022*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-11538-mkn |
| | Trustee: |
| BBC GROUP NV, LLC | Chapter: 11 |
| Debtor(s) | Hearing Date: 07/13/2022 |
| | Hearing Time: 9:30am |

### ORDER ON DEBTOR'S OMNIBUS MOTION AUTHORIZING DEBTOR'S REJECTION OF CERTAIN UNEXPIRED LEASES

Upon the omnibus motion of BBC GROUP NV, LLC, debtor and debtor-in-possession in the above captioned case, by and through their counsel of record, Ballstaedt Law Firm, for the entry of an order authorizing the Debtor to reject certain unexpired leases; and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(B0; and venue being proper before this Court pursuant to 28 U.S.C. §§ 148 and 1409; adn due and proper notice of the Motion having been provide, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and no objections to the relief requested in the MOtion having been filed; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtor, their estate, creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** to the extent provided herein.

2. This Court authorizes the Debtor to reject the Rejected Leases, as set forth in teh Motion, as of the petition date of 04/29/2022.

3. This court direct affected parties to file claims for rejection damages, if any, within thirty (30) days of the date the said parties are served with this Order.

4. This Court grant such other relief as may be appropriate.

5. This court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this order.

**IT IS SO ORDERED**.

Submitted by:

/s/ Seth D Ballstaedt, Esq.
Seth D Ballstaedt, Esq.
*Proposed Attorney for Debtor(s)*