**Fill in this information to identify the case:**

Debtor Name __BBC Group NV, LLC_____

United States Bankruptcy Court for the:_____ District of __NV__
                                                                           (State)

Case number: __22-11538_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

*12/17*

This is the *Periodic Report* as of ⌞6/30/2022⌝ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| BBC Group NVII, LLC | Member, 100% ownership | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

    *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

    *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

    *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

    *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

    *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **1**

Document Ref: 89GPK-FTJUU-POXWA-YLEQH    Page 1 of 13

Debtor Name   BBC Group NV, LLC                              Case number   22-11538

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X *Jacob Tchamanian*
Signature of Authorized Individual

Jacob Tchamanian
Printed name of Authorized Individual

Date 7/11/2022
       MM / DD / YYYY

**For individual Debtors:**

X _____                    X _____
Signature of Debtor 1                                 Signature of Debtor 2

_____                       _____
Printed name of Debtor 1                              Printed name of Debtor 2

Date _____                                   Date _____
       MM / DD / YYYY                                         MM / DD / YYYY

Debtor Name __BBC Group NV, LLC_____     Case number __22-11538_____

**Exhibit A: Financial Statements for** BBC Group NV II, LLC

Debtor Name **BBC Group NV, LLC**

Case number **22-11538**

| **Exhibit A-1: Balance Sheet for** | BBC Group NV II, LLC | as of | June 30th 2022 |

### Assets

Cash in Banks
  BoA       $ 614.00
  Chase    $ 2,609.00

Receivables
  Grubhub  $ 128.00
  Uber      $ 244.00
  MFM     $ 214.00

Total Assets

### Liabilities

Payroll Taxes

Accounts payable    $ 30,000.00
Loans from Principals  $ 10,000.00

BBC GROUP NV II, LLC
Year end 2021

Assets

| | |
|---|---|
| Banks | $ 4,760.00 |
| Inventory | $ 74,172.00 |
| Equipments/leasehold | $ 95,106.00 |
| Trucks | $ 31,909.00 |
| **Total Assets** | **$ 205,947.00** |

Liabilities

| | |
|---|---|
| Acoounts Payable | $ 48,541.00 |
| Loans Payable | $ 80,000.00 |
| Taxes | $ 42,292.00 |
| Retained earnings | $ (868,205.00) |
| Capital from owners | $ 903,319.00 |
| **Total liabilities and equity** | **$ 205,947.00** |

Debtor Name: BBC Group NV, LLC

Case number: 22-11538

**Exhibit A-2: Statement of Income (*Loss*) for** BBC Group NV II, LLC **for period ending** June 30th 2022

|  |  | **Postpetition** | **Prepetition** |
|---|---|---|---|
|  |  | May - Jun '22 | Jan - Apr '22 |
| **SALES** |  |  |  |
|  | CHOWNOW | $ 124.00 | 425.50 |
|  | DOORDASH | $ 1,720.50 | 7,520.50 |
|  | GRUBHUB | $ 1,774.00 | 6,853.00 |
|  | MOBILE FOOD MENU | $ 1,694.50 | 6,132.75 |
|  | SQUARE | $ 32,907.75 | 125,155.00 |
|  | UBER, POSTMATES | $ 4,062.50 | 22,268.00 |
|  | EZCATER | $ 1,993.50 | 1,762.00 |
| **TOTAL SALES** |  | $ 44,276.75 | 170,116.75 |
| **COG** |  | $ 14,168.56 | 77,373.65 |
|  |  | $ 14,168.56 | 77,373.65 |
| **EXPENSES** |  |  |  |
|  | Bank Service Charges |  | 874.97 |
|  | DUES AND SUBSCRIPTIONS | $ - | 480.93 |
|  | Insurance Expense | $ - | 11,786.72 |
|  | Janitorial Supplies |  | 1,069.15 |
|  | Misc | $ 235.00 | 100.00 |
|  | Payroll Expenses | $ 37,105.00 | 157,493.64 |
|  | Professional Fees | $ - | 119.82 |
|  | Rent Expense |  | 74,800.00 |
|  | Repairs and Maintenance | $ - | 175.00 |
|  | Utilities | $ 1,167.00 | 4,671.42 |
| **TOTAL EXPENSES** |  | $ 38,507.00 | 251,571.65 |
| **NET INCOME / (LOSS)** |  | $ (8,398.81) | (158,828.6) |

## BBC GROUP NV II, llc
## YEAR END 2021

| | | |
|---|---:|---:|
| **Income** | | |
| Food | $ | 379,245.00 |
| ERTC | $ | 118,815.00 |
| **Total Sales** | $ | 498,060.00 |
| **Cost of Good Sold** | $ | 175,145.19 |
| **Gross profit** | $ | 322,914.81 |
| **Expenses** | | |
| Bank Service Charges | $ | 2,591.10 |
| Business Licenses and Permits | $ | 3,334.00 |
| Computer and Internet Expenses | $ | 6,059.94 |
| Construction | $ | 13,765.00 |
| Construction:Signage | $ | 4,975.00 |
| Dues & Subscriptions | $ | 1,865.67 |
| Entertainment | $ | 540.00 |
| Insurance Expense | $ | 31,264.41 |
| Insurance Expense:Auto Insurance | $ | 1,959.40 |
| Insurance Expense:Health Insurance | $ | 12,180.51 |
| Janitorial Supplies | $ | 8,219.01 |
| Legal | $ | 82,004.01 |
| Misc | $ | 2,987.00 |
| Payroll Expenses | $ | 735,069.00 |
| Professional Fees | $ | 19,150.00 |
| Payroll Taxes | $ | 30,156.00 |
| Rent Expense | $ | 140,500.00 |
| Rent Expense:CAM Charges | $ | 12,987.19 |
| Rent Expense:PROPERTY TAX | $ | 1,699.82 |
| Rent Expense:TRASH REMOVAL | $ | 9,750.91 |
| Rent Expense:Water & Sewer | $ | 3,268.82 |
| Repairs and Maintenance | $ | 6,593.52 |
| Telephone Expense | $ | 518.22 |
| Uniforms | $ | 1,185.99 |
| Utilities | $ | 58,496.04 |
| **Total Expenses** | $ | 1,191,120.56 |
| **Profit/Loss** | $ | (868,205.75) |

Debtor Name   BBC Group NV, LLC                               Case number   22-11538

**Exhibit A-3: Statement of Cash Flows for**   BBC Group NV II, LLC

```
The business has been operating at a negative cash flow.
All deficits have been injected with owner's personal funds
```

Debtor Name   BBC Group NV, LLC                              Case number   22-11538

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity**  BBC Group NV II, LLC
**for period ending**  2021

No Changes in Partner's Equity during the period since the end of 2020

Debtor Name   BBC Group NV, LLC

Case number   22-11538

**Exhibit B: Description of Operations for** [Name of Controlled Non-Debtor Entity]

Debtor is 100% equity owner of BBC Group NV II, LLC. BBC Group NV II, LLC operates fast casual restaurants.

Debtor Name __BBC Group NV, LLC_____   Case number __22-11538_____

### Exhibit C: Description of Intercompany Claims

No intercompany claims exist.

Debtor Name __BBC Group NV, LLC_____    Case number __22-11538_____

## Exhibit D: Allocation of Tax Liabilities and Assets

The controlled entity, BBC Group NVII, LLC ("NVII") pays responsibility for payroll taxes and sales tax. NVII did receive some tax credits in the form of the Employee Retention Tax Credit "ERTC" which last received in November. These tax credits were used for payroll obligations.

Debtor as the parent company reports the profit or loss and the associated income tax obligations.

No written tax allocation agreement exists as between the two entities.

Debtor Name   BBC Group NV, LLC                             Case number   22-11538

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

No payments of administrative expenses or professional fees are paid by the controlled entity, BBC Group NVII, LLC which would otherwise be payable by the Debtor.

# Signature Certificate

Reference number: 89GPK-FTJUU-POXWA-YLEQH

| Signer | Timestamp | Signature |
|---|---|---|
| **Jacob Tchamanian**<br>Email: jtchamanian@gmail.com | | *Jacob Tchamanian* |
| Sent: | 26 Jul 2022 01:57:46 UTC | |
| Viewed: | 26 Jul 2022 02:03:30 UTC | |
| Signed: | 26 Jul 2022 02:03:47 UTC | |
| **Recipient Verification:** | | IP address: 107.77.228.150 |
| ✔ Email verified | 26 Jul 2022 02:03:30 UTC | Location: Los Angeles, United States |

Document completed by all parties on:
26 Jul 2022 02:03:47 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

