Ballstaedt Law Firm, LLC dba Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-11538-mkn |
| | Trustee: Brain Shapiro |
| BBC GROUP NV, LLC | Chapter: 11 |
| | LEAD CASE |
| ☐ Affects this debtor | |
| | Jointly Administered with: |
| | Case no: 22-11539-mkn |
| In re: | Trustee: Brian Shapiro |
| | Chapter: 11 |
| BBC GROUP CA, LLC | |
| | Hearing Date: 07/13/2022 |
| ☐ Affects this debtor | Hearing Time: 9:30am |