**Fill in this information to identify the case:**

Debtor name: **BBC GROUP NV, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 22-11538

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | **Total claim** | **Priority amount** |
|-----|-----|-----|-----|-----|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**2019 through 2022 taxes, most amounts estimated by IRS per Proof of Claim**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $349,748.39 | $349,748.39 |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | **Amount of claim** |
|-----|-----|-----|-----|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Alsco**<br>**2300 N Commerce Street**<br>**North Las Vegas, NV 91203**<br>Date(s) debt was incurred **1/1/2021**<br>Last 4 digits of account number **na** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Suplier**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $20,000.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Cref X LV Crossroads LLC**<br>**2425 East Camelback Rd, Suit 750**<br>**Phoenix, AZ 85016**<br>Date(s) debt was incurred **4/1/2021**<br>Last 4 digits of account number **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Property lease**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $100,000.00 |

Debtor  **BBC GROUP NV, LLC**                                        Case number (if known)  22-11538
            Name

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Dynamic Town Square Las Vegas, LLC<br>1725 21st Street<br>Santa Monica, CA 90404<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Lease - rent, CAM charges and late charges<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $12,831.85 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Harsch Investment<br>1121 SW Salmon St, suite 500<br>Portland, OR 97205<br><br>Date(s) debt was incurred  1/1/2021<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Property Lease<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $20,000.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Hartford Financial NV<br>One Pierce Place, suite 725W<br>Itasca, IL 60143<br><br>Date(s) debt was incurred  5/1/2020<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Insurance premium<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Island Life Restaurant LLC<br>1427 10th Ave<br>Seattle, WA 98122<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Lawsuit No. 2:18-cv-01011-RSM<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $200,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>JPMC C/O National Bankrutpcy Services, L<br>PO BOX 9013<br>Addison, TX 75001<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  5668 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Credit Card<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $27,732.92 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>JPMC C/O National Bankrutpcy Services, L<br>PO BOX 9013<br>Addison, TX 75001<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  3986 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Credit Card<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $12,352.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Nevada Energy<br>6226 W Sahara Ave<br>Las Vegas, NV 89146<br><br>Date(s) debt was incurred  12/1/2021<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utilities<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |

| Debtor | BBC GROUP NV, LLC | Case number (if known) | 22-11538 |
|---|---|---|---|
| | Name | | |

### 3.10
**Nonpriority creditor's name and mailing address**
Paychex
911 Panorama trail soutrh
Rochester, NY 14625

Date(s) debt was incurred  2/1/2021
Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** *Check all that apply.*   $80,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lawsuit

Is the claim subject to offset?  ■ No   ☐ Yes

---

### 3.11
**Nonpriority creditor's name and mailing address**
S Larson Family Limited
583 St Croix
Henderson, NV 91203

Date(s) debt was incurred  2/1/2019
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   $186,382.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Property lease

Is the claim subject to offset?  ■ No   ☐ Yes

---

### 3.12
**Nonpriority creditor's name and mailing address**
Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192

Date(s) debt was incurred  2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   $150,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Paycheck Protection Program Loan #1 and #2 (forgiven), Economic Injury Disaster Loan (EIDL)

Is the claim subject to offset?  ■ No   ☐ Yes

---

### 3.13
**Nonpriority creditor's name and mailing address**
Southwest Gas
P.O.Bo 98890
Las Vegas, CA 89193

Date(s) debt was incurred  12/1/2021
Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** *Check all that apply.*   $10,045.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No   ☐ Yes

---

### 3.14
**Nonpriority creditor's name and mailing address**
Sysco
6201 East Centennial Parkway
Las Vegas, NV 89115

Date(s) debt was incurred  5/27/2018
Last 4 digits of account number  3133

**As of the petition filing date, the claim is:** *Check all that apply.*   $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Food supplier

Is the claim subject to offset?  ■ No   ☐ Yes

---

### 3.15
**Nonpriority creditor's name and mailing address**
Two Hatfield LLC, a California LLC
8655 Crescent Drive
Los Angeles, CA 90046

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   $1,113,202.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease dated January 28, 2019 for unpaid rent and remainder of lease term

Is the claim subject to offset?  ■ No   ☐ Yes

---

### 3.16
**Nonpriority creditor's name and mailing address**
Waste Management
P.O.Box 43530
Phoenix, AZ 85080

Date(s) debt was incurred  12/31/2021
Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** *Check all that apply.*   $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No   ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

Debtor  **BBC GROUP NV, LLC**
Name

Case number (if known)  **22-11538**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---:|
| 5a. Total claims from Part 1 | 5a.    $ | 349,748.39 |
| 5b. Total claims from Part 2 | 5b.  + $ | 1,979,046.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.    $ | 2,328,794.79 |