**Fill in this information to identify the case:**

Debtor name    **BBC GROUP NV, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **22-11538**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$349,748.39** | **$349,748.39** |
| Date or dates debt was incurred | Basis for the claim:<br>**2019 through 2022 taxes, most amounts estimated by IRS per Proof of Claim** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** | **$100,000.00** |
| Date or dates debt was incurred<br>**4/30/2022** | Basis for the claim:<br>**Q1 2022 Outstanding Payroll Taxes ESTIMATED** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **BBC GROUP NV, LLC**                                    Case number (if known)    **22-11538**
_____Name_____

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,200.00 |
| | **2144, 2146 Colorado Blvd, LLC**<br>**C/O Craig S Sunada**<br>**800 Wilshire Blvd, Suite 630**<br>**Los Angeles, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unapid rent on real property lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
| | **Alsco**<br>**2300 N Commerce Street**<br>**North Las Vegas, NV 91203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2021** | Basis for the claim:  **Suplier** | |
| | Last 4 digits of account number  **na** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
| | **Alsco**<br>**2300 N Commerce Street**<br>**North Las Vegas, NV 91203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2021** | Basis for the claim:  **Suplier** | |
| | Last 4 digits of account number  **na** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924,526.00 |
| | **Century City Mall, LLC**<br>**2049 Century Park East**<br>**41st Floor**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease at westfield Century City** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
| | **Continental Development Group**<br>**4114 Sepulveda Blvd, Suite L**<br>**Culver City, CA 90230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/1/2022** | Basis for the claim:  **Store lease** | |
| | Last 4 digits of account number  **NA** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| | **Cref X LV Crossroads LLC**<br>**2425 East Camelback Rd, Suit 750**<br>**Phoenix, AZ 85016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2021** | Basis for the claim:  **Property lease** | |
| | Last 4 digits of account number  **NA** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,831.85 |
| | **Dynamic Town Square Las Vegas, LLC**<br>**1725 21st Street**<br>**Santa Monica, CA 90404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease - rent, CAM charges and late charges** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **BBC GROUP NV, LLC**                                            Case number (if known)   **22-11538**
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Employers CA**
**14435 N 7th St, suite 201**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2021**

Basis for the claim:  **Insurance expense**

Last 4 digits of account number  **9497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Harsch Investment**
**1121 SW Salmon St, suite 500**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2021**

Basis for the claim:  **Property Lease**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Hartford Financial NV**
**One Pierce Place, suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2020**

Basis for the claim:  **Insurance premium**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Island Life Restaurant LLC**
**1427 10th Ave**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Lawsuit No. 2:18-cv-01011-RSM**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,732.92** |
|---|---|---|---|

**JPMC C/O National Bankrutpcy Services, L**
**PO BOX 9013**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **5668**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,352.00** |
|---|---|---|---|

**JPMC C/O National Bankrutpcy Services, L**
**PO BOX 9013**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **3986**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,000.00** |
|---|---|---|---|

**Karen Hatfield**
**143 South La Brea**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  **Store lease**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **BBC GROUP NV, LLC**

Name

Case number (if known)    **22-11538**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,129.49** |
|---|---|---|---|

**LADWP**
**NA**
**Los Angeles, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2021**

**Basis for the claim:  Utilities**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Nevada Energy**
**6226 W Sahara Ave**
**Las Vegas, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2021**

**Basis for the claim:  Utilities**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900,127.48** |
|---|---|---|---|

**Overland Partners Sepulveda, LLC**
**4114 Sepulveda Blvd, Ste L- 2nd Floor**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Non-residential Lease arrears and rejection damages**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Paychex**
**911 Panorama trail sourth**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2021**

**Basis for the claim:  Lawsuit**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Paychex**
**911 Panorama trail sourth**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2021**

**Basis for the claim:  Lawsuit**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,500.00** |
|---|---|---|---|

**Robert Gould**
**161 W Altadena Dr, #1439**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2021**

**Basis for the claim:  Lawsuit**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,382.00** |
|---|---|---|---|

**S Larson Family Limited**
**583 St Croix**
**Henderson, NV 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019**

**Basis for the claim:  Property lease**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **BBC GROUP NV, LLC**
         _____
         Name

Case number *(if known)*   **22-11538**

---

**3.22** | Nonpriority creditor's name and mailing address
**Small Business Administration**
**PO Box 740192**
**Atlanta, GA 30374-0192**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                        **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Paycheck Protection Program Loan #1 and #2**
**(forgiven), Economic Injury Disaster Loan (EIDL)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
**Small Business Administration**
**PO Box 740192**
**Atlanta, GA 30374-0192**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                        **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Paycheck Protection Program Loan #1 and #2**
**(forgiven), Economic Injury Disaster Loan (EIDL)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
**Souther California Gas**
**NA**
**Los Angeles, CA 91203**

**Date(s) debt was incurred  12/31/2021**

**Last 4 digits of account
number  814,200,346,905,934,000,000,00**

As of the petition filing date, the claim is: *Check all that apply.*                        **$29,576.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**Southern California Edison**
**na**
**Los Angeles, CA 91203**

**Date(s) debt was incurred  12/31/2021**

**Last 4 digits of account number  9374**

As of the petition filing date, the claim is: *Check all that apply.*                        **$31,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  electric**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
**Southwest Gas**
**P.O.Bo 98890**
**Las Vegas, CA 89193**

**Date(s) debt was incurred  12/1/2021**

**Last 4 digits of account number  NA**

As of the petition filing date, the claim is: *Check all that apply.*                        **$10,045.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**Sysco**
**6201 East Centennial Parkway**
**Las Vegas, NV 89115**

**Date(s) debt was incurred  5/27/2018**

**Last 4 digits of account number  3133**

As of the petition filing date, the claim is: *Check all that apply.*                        **$20,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Food supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Sysco**
**C/O the Law OFfices of Gray A Bemis**
**3870 La Sierra Ave, Ste 239**
**Riverside, CA 92505**

**Date(s) debt was incurred  1/27/2019**

**Last 4 digits of account number  2105**

As of the petition filing date, the claim is: *Check all that apply.*                        **$8,555.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BBC GROUP NV, LLC** | Case number (if known) | **22-11538** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113,202.60 |
|---|---|---|---|

**Two Hatfield LLC, a California LLC**
**8655 Crescent Drive**
**Los Angeles, CA 90046**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease dated January 28, 2019 for unpaid rent and remainder of lease term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Waste Management**
**P.O.Box 43530**
**Phoenix, AZ 85080**

Date(s) debt was incurred  **12/31/2021**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,063.52 |
|---|---|---|---|

**Waste Management**
**P.O.Box 42930**
**Phoenix, AZ 85080**

Date(s) debt was incurred  **12/31/2021**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564,044.00 |
|---|---|---|---|

**Westfield**
**2049 Century Park East, 41st floor**
**Los Angeles, CA 90067**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Store Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  449,748.39 |
| **5b. Total claims from Part 2** | 5b.  + | $  5,534,769.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  5,984,517.63 |

# United States Bankruptcy Court
### District of Nevada

In re   **BBC GROUP NV, LLC**                                            Case No.   **22-11538**

                                                 Debtor(s)                  Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 27, 2022**                                        **/s/ Jacob Tchamanian**

                                                       **Jacob Tchamanian**/**Managing Member**
                                                       Signer/Title