**BBC Group NV, LLC (LEAD CASE)**

**LIQUIDATON SUMMARY**

|  | BBC Group NV, LLC | BBC Group CA, LLC | Combined total |
|---|---|---|---|
| Total Property Value | $10,000.00 | $349,475.00 | $359,475.00 |
| Less: |  |  | $0.00 |
| Sch D Secured Claims |  | $58,159.38 | $58,159.38 |
|  |  |  | $0.00 |
| Equity | $10,000.00 | $291,315.62 | $301,315.62 |
| Less: |  |  | $0.00 |
| Est Ch 7 Admin Expenses (10%) in | $1,000.00 | $29,131.56 | $30,131.56 |
| Sch E Priority Claims | $4,092.13 | $184,772.77 | $188,864.90 |
| **Available to General Unecured** | **$4,907.87** | **$77,411.29** | **$82,319.16** |

*Certain assets disclosed on schedule B are not subject to liquidation because liquidation would be not be feasible. Said assets are assigned a $0 liquidation value for the purposes of this liquidation analysis. Specifically, food and beverages which are perishable, vehicles not titled in Debtor's name but used for business operation, and a leased vehicle in which Debtor has no equity.