Case Name: _____BBC Group NV, LLC_____    Case No.: _____22-11538-mkn_____

**PROJECTED POST-PETITION CASH RECEIPTS AND CASH DISBURSEMENTS**

**FOR THE FIRST SIX-MONTHS BEGINNING:** _____ *(date of filing MM/DD/YY)*

|  | MONTH OF FILING | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|
| **BEGINNING CASH BALANCE** | 10,000 | (15,500) | 0 | 1,000 | 14,000 | 28,500 |
| **Cash Receipts:** | | | | | | |
| Cash sales *(ordinary course)* | 30,000 | 35,000 | 60,000 | 75,000 | 90,000 | 90,000 |
| Rents/Leases Collected | | | | | | |
| Accounts Receivable Collected | | | | | | |
| Proceeds from Sale of Asset(s) | | | | | | |
| Borrowings | 30,000 | 30,000 | | | | |
| | | | | | | |
| | | | | | | |
| **Total Cash Receipts** | 60,000 | 65,000 | 60,000 | 75,000 | 90,000 | 90,000 |
| **Cash Disbursements:** | | | | | | |
| Payments to Vendors | 8,000 | 6,000 | 8,000 | 10,000 | 12,000 | 12,000 |
| Administrative Expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Payments on Secured Debt | | | 5,000 | 5,000 | 15,000 | 15,000 |
| Rent/Lease Payments | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 |
| Pmts to Owner(s)/Officers/Insiders | | | | | | |
| Salaries/Commissions | 50,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Tax Pmts: | | | | | | |
|    Payroll Taxes - Employee | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
|    Payroll Taxes - Employer | 3,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
|    Sales Taxes | 2,500 | 2,500 | 5,000 | 6,000 | 7,500 | 7,500 |
|    Real Property Taxes | | | | | | |
|    Other Taxes | | | | | | |
| Payments to Professionals | | | | | | |
| Pmt of United States Trustee Fees | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Cash Disbursements** | 85,500 | 49,500 | 59,000 | 62,000 | 75,500 | 75,500 |
| **Net Increase/(Decrease) in Cash** | (25,500) | 15,500 | 1,000 | 13,000 | 14,500 | 14,500 |
| **ENDING CASH BALANCE** | (15,500) | 0 | 1,000 | 14,000 | 28,500 | 43,000 |