**Fill in this information to identify the case:**

Debtor Name: **BBC GROUP CA, LLC**

United States Bankruptcy Court for the: District of __NEVADA__

Case number: 22-11539-abl

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: **June**

Date report filed: **07/20/2022**
MM / DD / YYYY

Line of business: **Fast food restaurant**

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party: _____

Printed name of responsible party: **Jacob Tchamanian**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **BBC GROUP CA,LLC**　　　　　　　　　　　Case number **22-11539-abl**

17. Have you paid any bills you owed before you filed bankruptcy?　　　　　　　　☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?　☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**　　　　　　　　　　　　　　　　　　　　$ 1,109.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.　　　　　　　　　　　　$ 42,367.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.　　　　　　　　　　　　− $ 39,349.00

22. **Net cash flow**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　+ $ 4,127.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**　　　　　　　　　　　　　　　　　　　= $ 4,127.00

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 8,300.00

　　　(Exhibit E)

Debtor Name BBC GROUP CA,LLC                                          Case number 22-11539-abl

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                              _____
27. What is the number of employees as of the date of this monthly report?                                              _____11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?             $ _____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00
30. How much have you paid this month in other professional fees?                                                          $ _____0.00
31. How much have you paid in total other professional fees since filing the case?                              $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 40,000.00 | − | $ 42,367.00 | = | $ 2,367.00 |
| 33. **Cash disbursements** | $ 32,000.00 | − | $ 39,349.00 | = | $ -7,349.00 |
| 34. **Net cash flow** | $ 8,000.00 | − | $ 3,018.00 | = | $ -4,982.00 |

35. Total projected cash receipts for the next month:                                                                          $ 36,000.00
36. Total projected cash disbursements for the next month:                                                              − $ 28,000.00
37. Total projected net cash flow for the next month:                                                                           = $ 8,000.00

Official Form 425C        **Monthly Operating Report for Small Business Under Chapter 11**        page **3**

Debtor Name **BBC GROUP CA,LLC**      Case number **22-11539-abl**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022

Account Number: 6925

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00042527 DRE 703 141 18222 NNNNNNNNNNN T 1 000000000 64 0000

BBC GROUP CA, LLC
3815 FAIRMEADE RD
PASADENA CA 91107-2229



## Good news – You now have more time to avoid overdraft fees

With Chase Overdraft Assist[SM,1], we won't charge an overdraft fee ($34 Insufficient Funds Fee) if you're overdrawn by $50 or less at the end of the business day. And now, for Chase Business Complete Checking[SM], Chase Total Business Checking®, Chase Business Classic Checking[SM], and Chase Business Select Checking[SM] accounts, we won't charge an overdraft fee if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11pm ET / 8pm PT to make a deposit or transfer[2]).[3]

### Receive alerts when your account balance is overdrawn with Account Alerts[4]

- You can sign up to receive alerts by email, text message and push notification when your account is overdrawn. This alert will also notify you when your account is overdrawn by more than $50 and you need to make a deposit or transfer to avoid overdraft fees.
- If you'd like to enroll, you can sign in to chase.com or the Chase Mobile® app[5], select "Alerts" from the navigation menu and follow the instructions to choose "My account is overdrawn" alert and delivery methods.

As a reminder, we pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. You're responsible to make a deposit or transfer to avoid overdraft fees, even if you do not receive a notification alerting you that your account is overdrawn more than $50.

For eligibility and additional information on our overdraft services and associated fees for Chase Business Complete Checking and other products, please refer to the Additional Banking Services and Fees for Business Accounts (chase.com/business/disclosures), or call us at the number on your statement. We accept operator relay calls.

[1]Chase Overdraft Assist is available with eligible accounts and products, and does not require enrollment.
[2]If you make a deposit or transfer this assumes we don't place a hold on the funds or that a check deposit is not returned.
[3]For Chase Performance Business Checking®, Chase Platinum Business Checking[SM], Chase Analysis Business Checking[SM], certain complex products (such as Automatic Dollar Transfer (ADT)), or for other accounts with discretionary overdraft review, you will only have until 11pm ET (8pm PT) on the same business day, and not the next business day, to make a deposit or transfer to bring your account balance to overdrawn by $50 or less.
[4]Account Alerts: There is no charge from Chase, but message and data rates may apply. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text.
[5]The Chase Mobile app is available for select mobile devices. Message and data rates may apply.

## Important changes: Chase Business Complete Checking[SM]

Starting with the October monthly statement period, we're updating the ways you can avoid the Monthly Service Fee, as follows:

If you meet any of the following qualifying activities for each Chase Business Complete Checking account in a monthly statement period, we will waive the $15 Monthly Service Fee:

- Maintain a linked Chase Private Client Checking[SM] account OR



June 01, 2022 through June 30, 2022

Account Number:                        6925

- Meet Chase Military Banking requirements OR
- Fulfill at least one of the following qualifying activities:
  1. <u>Minimum Daily Ending Balance</u>: Maintain a minimum daily ending balance of at least $2,000 in the Chase Business Complete Checking account each business day during the monthly statement period[1]
  2. <u>Chase Payment Solutions[SM] Activity</u>: Have at least $2,000 of aggregate eligible deposits[2] into the Chase Business Complete Checking account at least one day before the end of the monthly statement period[3] using one or more of the following:
     - Chase QuickAccept[SM] including Chase Smart Terminal[SM]
     - InstaMed Patient Payments and InstaMed Patient Portal
     - Other eligible Chase Payment Solutions products[4]
  3. <u>Chase Ink® Business Card Activity</u>: Spend at least $2,000 on eligible purchases[5] in the most recent monthly Ink card billing cycle[6]

[1]The monthly statement period for Chase Business Complete Checking ends on the last business day of each month. For the purposes of the Minimum Daily Ending Balance requirement, the last day of the monthly statement period is excluded.
[2]Eligible deposits are net of chargebacks, refunds, or other adjustments.
[3]The cutoff time for eligible deposits from QuickAccept, InstaMed, and other eligible Chase Payment Solutions, is 11:59 p.m. Eastern Time one day prior to the last day of your Chase Business Complete Checking monthly statement period. For example, if your Chase Business Complete Checking monthly statement period ends on November 30, the cutoff time would be 11:59 p.m. Eastern Time on November 29.
[4]An eligible product has a transaction history that is viewable on Chase Business Online, Chase Connect®, or J.P. Morgan Access®.
[5]Eligible purchases must be made using Chase Ink Business Card(s) associated with the same business as your Chase Business Complete Checking account, as reflected in Chase records, and must earn Chase Ultimate Rewards® points. Certain purchases and transactions are excluded from earning Chase Ultimate Rewards points, as described in your Rewards Program Agreement available on chase.com/ultimaterewards.
[6]The most recent monthly Ink billing cycle will be used if it's different from your Chase Business Complete Checking monthly statement period.

## On August 21, 2022, fees for cashier's checks and counter checks are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Cashier's check fee:** This fee will increase from $8.00 to $10.00 per check.
- **Counter check fee:** This fee will increase from $2.00 to $3.00 per page.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking[SM] accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures,** or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

| CHECKING SUMMARY | Chase Business Complete Checking | |
|---|---|---|
|  | INSTANCES | AMOUNT |
| **Beginning Balance** |  | **$857.52** |
| Deposits and Additions | 18 | 35,600.00 |
| Checks Paid | 23 | -29,999.08 |
| Electronic Withdrawals | 5 | -4,085.94 |
| Fees | 2 | -17.97 |
| **Ending Balance** | **48** | **$2,354.53** |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.



June 01, 2022 through June 30, 2022

Account Number: ▮▮▮▮▮▮6925

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Online Transfer From Chk ...5152 Transaction#: 14473209648 | $1,800.00 |
| 06/03 | Online Transfer From Chk ...8852 Transaction#: 14500074182 | 1,500.00 |
| 06/03 | Online Transfer From Chk ...5152 Transaction#: 14499893132 | 1,000.00 |
| 06/03 | Online Transfer From Chk ...8852 Transaction#: 14499887800 | 500.00 |
| 06/06 | Deposit   1984251768 | 6,250.00 |
| 06/06 | Online Transfer From Chk ...5152 Transaction#: 14518165032 | 500.00 |
| 06/07 | Online Transfer From Chk ...5152 Transaction#: 14523880114 | 950.00 |
| 06/08 | Deposit   1148853033 | 3,000.00 |
| 06/08 | Deposit   1148803167 | 2,500.00 |
| 06/09 | Online Transfer From Chk ...5152 Transaction#: 14538929499 | 500.00 |
| 06/13 | Online Transfer From Chk ...5152 Transaction#: 14567592399 | 2,000.00 |
| 06/17 | Deposit   1148553186 | 6,000.00 |
| 06/17 | Online Transfer From Chk ...5152 Transaction#: 14601883691 | 2,000.00 |
| 06/22 | Online Transfer From Chk ...5152 Transaction#: 14633976994 | 1,000.00 |
| 06/22 | Online Transfer From Chk ...8852 Transaction#: 14634741514 | 100.00 |
| 06/22 | Online Transfer From Chk ...5152 Transaction#: 14634744907 | 100.00 |
| 06/29 | Deposit   1148903391 | 4,400.00 |
| 06/29 | Deposit   1148903392 | 1,500.00 |
| **Total Deposits and Additions** | | **$35,600.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 51273 ^ | | 06/01 | $2,582.02 |
| 51286 *^ | | 06/08 | 2,582.02 |
| 51287 ^ | | 06/03 | 2,288.80 |
| 51288 ^ | | 06/06 | 1,476.62 |
| 51290 *^ | | 06/06 | 649.39 |
| 51291 ^ | | 06/07 | 1,191.51 |
| 51292 ^ | | 06/06 | 380.59 |
| 51293 ^ | | 06/08 | 1,226.59 |
| 51294 ^ | | 06/08 | 956.57 |
| 51295 ^ | | 06/06 | 848.84 |
| 51296 ^ | 06/09 | 06/09 | 1,782.15 |
| 51297 ^ | | 06/30 | 2,582.02 |
| 51298 ^ | | 06/21 | 2,289.05 |
| 51299 ^ | | 06/17 | 1,292.40 |
| 51300 ^ | | 06/22 | 598.47 |
| 51301 ^ | | 06/21 | 1,134.83 |
| 51302 ^ | | 06/21 | 404.33 |





June 01, 2022 through June 30, 2022

Account Number: ████████6925

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 51303 ^ | | 06/21 | 408.72 |
| 51304 ^ | | 06/21 | 982.68 |
| 51305 ^ | 06/30 | 06/30 | 956.58 |
| 51306 ^ | | 06/21 | 1,199.53 |
| 51307 ^ | 06/21 | 06/22 | 1,782.15 |
| 583017254 * ^ | | 06/21 | 403.22 |

**Total Checks Paid**   $29,999.08

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | 06/07 Online Transfer To Chk ...8852 Transaction#: 14521633343 | $1,000.00 |
| 06/08 | 06/08 Online Transfer To Chk ...8852 Transaction#: 14533769162 | 800.00 |
| 06/10 | Orig CO Name:ADP Payroll Fees     Orig ID:9659605001 Desc Date:220610 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000027881723 Eed:220610   Ind ID:2R967   7910259   Ind Name:Bbc Group CA LLC | 135.94 |
| 06/17 | 06/17 Online Transfer To Chk ...5152 Transaction#: 14602083830 | 2,000.00 |
| 06/21 | 06/21 Online Transfer To Chk ...5152 Transaction#: 14626956822 | 150.00 |

**Total Electronic Withdrawals**   $4,085.94

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Cash Deposit Immediate | $14.37 |
| 06/30 | Monthly Service Fee | 3.60 |

**Total Fees**   $17.97

**Monthly Service Fee**

Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.

You can use 20 of the following transactions each monthly cycle for no charge:

- Paper checks written on the account
- Deposits and withdrawals made with a teller

After 20, Excess Transaction Fees are $0.40 each. Your total transactions: 29.



June 01, 2022 through June 30, 2022

Account Number: 6925

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $75.50 | 06/09 | 1,592.42 | 06/21 | 1,191.72 |
| 06/03 | 786.70 | 06/10 | 1,456.48 | 06/22 | 11.10 |
| 06/06 | 4,181.26 | 06/13 | 3,456.48 | 06/29 | 5,911.10 |
| 06/07 | 2,939.75 | 06/17 | 8,164.08 | 06/30 | 2,354.53 |
| 06/08 | 2,874.57 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



June 01, 2022 through June 30, 2022

Account Number: ▮▮▮▮▮▮▮▮▮▮6925

This Page Intentionally Left Blank



June 01, 2022 through June 30, 2022



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BBC GROUP CA, LLC
1480 COLORADO BLVD STE 210
LOS ANGELES, CA  90041-2382

## Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking

for June 1, 2022 to June 30, 2022                             Account number            1609
**BBC GROUP CA, LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on June 1, 2022 | $191.68 |
| Deposits and other credits | 29,771.91 |
| Withdrawals and other debits | -28,064.93 |
| Checks | -1,776.43 |
| Service fees | -29.95 |
| **Ending balance on June 30, 2022** | **$92.28** |

# of deposits/credits: 36
# of withdrawals/debits: 32
# of items-previous cycle[1]: 3
# of days in cycle: 30
Average ledger balance: $620.58

[1]Includes checks paid, deposited items and other debits

---

BANK OF AMERICA BUSINESS ADVANTAGE

### Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs. If you'd like to meet, please contact me.

Antranik Markarian
323.616.1248
amarkarian@bofa.com

SSM-07-21-0006.B  |  3646943

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

# BANK OF AMERICA

**Your checking account**

BBC GROUP CA, LLC   |   Account ######1609   |   June 1, 2022 to June 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 06/01/22 | Online Banking transfer from CHK 3847 Confirmation# 2309559454 | 1,600.00 |
| 06/01/22 | Online Banking transfer from CHK 0971 Confirmation# 3109562549 | 200.00 |
| 06/02/22 | Online Banking transfer from CHK 3847 Confirmation# 2217884876 | 550.00 |
| 06/06/22 | Online Banking transfer from CHK 3847 Confirmation# 1154072533 | 3,300.00 |
| 06/06/22 | Counter Credit | 2,000.00 |
| 06/08/22 | Online Banking transfer from CHK 3847 Confirmation# 2471149531 | 2,350.00 |
| 06/08/22 | Online Banking transfer from CHK 0971 Confirmation# 1171152634 | 300.00 |
| 06/10/22 | Online Banking transfer from CHK 3847 Confirmation# 7489439769 | 3,100.00 |
| 06/13/22 | Online Banking transfer from CHK 3847 Confirmation# 3414252090 | 1,600.00 |
| 06/13/22 | Online Banking transfer from CHK 0968 Confirmation# 2216840346 | 1,200.00 |
| 06/14/22 | Online Banking transfer from CHK 3847 Confirmation# 3523381139 | 700.00 |
| 06/15/22 | Online Banking transfer from CHK 3847 Confirmation# 1131952700 | 1,200.00 |
| 06/15/22 | Online Banking transfer from CHK 0968 Confirmation# 1331981819 | 370.00 |
| 06/15/22 | Online Banking transfer from CHK 9258 Confirmation# 2531955550 | 260.00 |
| 06/15/22 | Online Banking transfer from CHK 0971 Confirmation# 2131961186 | 130.00 |
| 06/15/22 | Online Banking transfer from CHK 0984 Confirmation# 1431958168 | 100.00 |
| 06/15/22 | Online Banking transfer from CHK 1006 Confirmation# 1431964476 | 80.00 |
| 06/15/22 | Online Banking transfer from CHK 1638 Confirmation# 3131950047 | 70.00 |
| 06/15/22 | Online Banking transfer from CHK 5120 Confirmation# 1231943056 | 50.00 |
| 06/15/22 | Online Banking transfer from CHK 1625 Confirmation# 2431938421 | 40.00 |
| 06/15/22 | Online Banking transfer from CHK 3847 Confirmation# 3531985503 | 30.00 |
| 06/16/22 | Agent Assisted transfer from CHK 0971 Confirmation# 1ghcc1lj6 | 24.40 |
| 06/16/22 | Agent Assisted transfer from CHK 1638 Confirmation# 1nymb61ys | 11.54 |
| 06/16/22 | Agent Assisted transfer from CHK 1006 Confirmation# wfsaxy33t | 11.36 |

*continued on the next page*

## Opt in to unusual activity notifications

Want another way to be notified of unusual account activity? We already send text or email alerts, but push notifications let you verify transactions or report fraud right from your phone.



Scan this code with your phone to review your alert settings or to download our Mobile app.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-01-22-2807.B  |  4206946

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---:|
| 06/16/22 | Agent Assisted transfer from CHK 5120 Confirmation# a4oyhqj1d | 10.09 |
| 06/16/22 | Agent Assisted transfer from CHK 1625 Confirmation# hidjpxzyh | 4.56 |
| 06/16/22 | Agent Assisted transfer from CHK 0968 Confirmation# 1b0j3e3d2 | 2.93 |
| 06/17/22 | Online Banking transfer from CHK 3847 Confirmation# 3247158648 | 2,650.00 |
| 06/21/22 | Online Banking transfer from CHK 3847 Confirmation# 2581650475 | 500.00 |
| 06/22/22 | Online Banking transfer from CHK 3847 Confirmation# 3592245911 | 1,000.00 |
| 06/22/22 | Online Banking transfer from CHK 9258 Confirmation# 2492248981 | 100.00 |
| 06/27/22 | Online Banking transfer from CHK 3847 Confirmation# 6134294892 | 2,500.00 |
| 06/27/22 | Online Banking transfer from CHK 0984 Confirmation# 5226786697 | 200.00 |
| 06/29/22 | CA TLR transfer | 2,100.00 |
| 06/29/22 | CHECKCARD  0624 CA DMV REFUNDS SACRAMENTO   CA 7475542217917176178 | 1,384.00 |
| 06/29/22 | CHECKCARD  0624 CA DMV FEE 678-7315516  TN 7475542217917176092 | 43.03 |
| **Total deposits and other credits** | | **$29,771.91** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 06/02/22 | Universal Waste  DES:PAYMENT    ID:101314570855  INDN:GROUP CA, 101314570855  CO ID:0383913206 CCD | -528.18 |
| 06/06/22 | CA TLR cash withdrawal from CHK 1609 | -3,250.00 |
| 06/07/22 | CA TLR cash withdrawal from CHK 1609 | -1,809.40 |
| 06/08/22 | RETURN ITEM CHARGEBACK | -2,000.00 |
| 06/10/22 | Online Banking Transfer Conf# i0zqcveun; BROTHERS PIZZA LLC | -2,800.00 |
| 06/10/22 | UNITED HEALTHCAR DES:EDI PAYMTS ID:351326351971  INDN:BBC GROUP CA LLC         CO ID:1411289245 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -961.21 |
| 06/13/22 | CA DEPT TAX FEE  DES:CDTFA EPMT ID:11431590  INDN:BBC GROUP CA, LLC       CO ID:2822162215 CCD | -2,500.00 |
| 06/16/22 | Agent Assisted transfer to CHK 0971 Confirmation# ehyxoiurh | -12.20 |
| 06/17/22 | CA TLR cash withdrawal from CHK 1609 | -3,000.00 |
| 06/22/22 | Zelle Transfer Conf# kzcxt4t73; Ivynian, Karine | -1.00 |
| 06/22/22 | Zelle Transfer Conf# ik05xsk57; Ivynian, Karine | -1,200.00 |
| 06/27/22 | Online Banking transfer to CHK 0984 Confirmation# 6433774237 | -200.00 |
| 06/29/22 | CA TLR cash withdrawal from CHK 1609 | -1,500.00 |
| 06/29/22 | CINTASCORPORATIO DES:DE001       ID:1001001811  INDN:BOK BOK MEDITERRANEAN   CO ID:1311188630 CCD | -580.25 |
| 06/30/22 | Online Banking transfer to CHK 0984 Confirmation# 6359658572 | -1,384.00 |

**Card account # XXXX XXXX XXXX 0572**

| Date | Description | Amount |
|---|---|---:|
| 06/02/22 | CHECKCARD  0601 LOS ANGELES SELFSTORAGE LOS ANGELES  CA 24275392152020497107915 CKCD 4225 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -1,114.00 |
| 06/02/22 | BKOFAMERICA ATM 06/02 #000009178 WITHDRWL FOOTHILL & ROSEMEA PASADENA         CA | -700.00 |
| 06/02/22 | CHECKCARD  0602 ARCO42602001 PASADENA     CA CKCD 5541 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -60.35 |

*continued on the next page*



# Your checking account

**BANK OF AMERICA**

BBC GROUP CA, LLC   |   Account ####1609   |   June 1, 2022 to June 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 06/03/22 | CHECKCARD  0602 SQ *SQUARE PAID SERVICE square.com   CA 24692162153100676596871 RECURRING CKCD 7399 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -33.83 |
| 06/08/22 | CHECKCARD  0607 CHEVRON 0098119 LOS ANGELES   CA 24692162158100240896588 CKCD 5542 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -175.00 |
| 06/09/22 | CHECKCARD  0608 Deputy 041-2186249   GA 24793382159000046941458 RECURRING CKCD 5817 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -76.50 |
| 06/14/22 | RESTAURANT DEP  06/14 #000497258 PURCHASE RESTAURANT DEPOT    PASADENA    CA | -952.47 |
| 06/16/22 | CHECKCARD  0616 NORTH GLENDALE GLENDALE    CA CKCD 5541 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -65.01 |
| 06/17/22 | BKOFAMERICA ATM 06/17 #000009076 WITHDRWL FOOTHILL & ROSEMEA PASADENA    CA | -940.00 |
| 06/21/22 | CHECKCARD  0616 EXTRA SPACE 1031 GELDNALE    CA 24071052168939114162664 CKCD 4225 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -904.70 |
| 06/21/22 | CHECKCARD  0620 ARCO42602001 PASADENA    CA CKCD 5542 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -100.35 |
| 06/21/22 | BKOFAMERICA ATM 06/21 #000001119 WITHDRWL FOOTHILL & ROSEMEA PASADENA    CA | -500.00 |
| 06/27/22 | STAPLES 0616     06/27 #000754352 PURCHASE STAPLES 0616        PASADENA    CA | -82.64 |
| 06/27/22 | CHEVRON/CSI-09  06/27 #000278817 PURCHASE CHEVRON/CSI-09811  LOS ANGELES   CA | -100.00 |
| 06/28/22 | CHECKCARD  0627 US LIABILITYINSURANCE 866-632-2003 PA 24692162178100543167386 CKCD 6300 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -533.84 |
| **Subtotal for card account # XXXX XXXX XXXX 0572** | | **-$6,338.69** |
| **Total withdrawals and other debits** | | **-$28,064.93** |

## Checks

| Date | Check # | Amount |
|---|---|---:|
| 06/27/22 | 1207 | -1,776.43 |
| **Total checks** | | **-$1,776.43** |
| **Total # of checks** | | **1** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $35.00 |

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

continued on the next page

BBC GROUP CA, LLC  |  Account ████████1609  |  June 1, 2022 to June 30, 2022

## Service fees - continued

Based on the activity on your business accounts for the statement period ending 05/31/22, a Monthly Fee was charged for your primary Business Advantage Relationship Banking account. You can avoid the fee in the future by meeting one of the requirements below:

◯ $15,000+ combined average monthly balance in linked business accounts

◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
| --- | --- | --- |
| 06/01/22 | Monthly Fee Business Adv Relationship | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
| --- | --- | --- | --- | --- | --- |
| 06/01 | 1,961.73 | 06/10 | 53.26 | 06/21 | 123.41 |
| 06/02 | 109.20 | 06/13 | 353.26 | 06/22 | 22.41 |
| 06/03 | 75.37 | 06/14 | 100.79 | 06/27 | 563.34 |
| 06/06 | 2,125.37 | 06/15 | 2,430.79 | 06/28 | 29.50 |
| 06/07 | 315.97 | 06/16 | 2,418.46 | 06/29 | 1,476.28 |
| 06/08 | 790.97 | 06/17 | 1,128.46 | 06/30 | 92.28 |
| 06/09 | 714.47 | | | | |

# BANK OF AMERICA 

BBC GROUP CA, LLC  |  Account ████████1609  |  June 1, 2022 to June 30, 2022

## Check images
**Account number:** ████████1609
Check number: 1207  |  Amount:  $1,776.43

![Check #1207 from BBC GROUP CA, LLC, 3815 FAIRMEADE RD, PASADENA, CA 91107-2229, dated 6/27/2022, Pay to the Order of Cash, $1,776.43, One Thousand Seven Hundred Seventy Six & 43/100, memo "Balance for Vinny", Bank of America]

This page intentionally left blank