# APPRAISAL REPORT

**Prepared For:**

Jacob Tchamanian
Re: BBC Group NV LLC & BBC Group CA LLC
6825 West Russell Road Suite 115
Las Vegas, Nevada 89118

**Prepared By:**
Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# Table of Contents

Title Page        1

Table of Contents        2

Summary        3

Condition of Appraisal    4

Certification of Report    4

Purpose of the Report    5

Method of Valuation    5

Definition of Value    5

Basis of Appraisal    5

Description        6

Factors Affecting Value        6

Appraiser Qualifications        7

Attachment "A" 8-11

Billing Statement        12

Photographs    13-16

# Summary

On August 3, 2022 I personally inspected the listed personal property at 725 South Green Valley Parkway #150 Henderson, Nevada also included is the restaurant located at 2146 Colorado Boulevard Los Angeles California based on photographs and verbal descriptions. This was done at the request of Jacob Tchamanian.

# Value

### Fair Market Value

The fair market replacement value for the personal property is:

**$38,475.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes.  This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter.  No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing.  This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976.  Mr. Watson currently is an independent auctioneer and appraiser.

_____
Daniel C. Watson CAGA
Tax ID 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

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**
Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is August 3, 2022.

**Limitations of Property**

There were no limitations on use or disposition of this property.

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a limited group of potential buyers.

### Condition

The general condition of this inventory is fair.

### Analysis

This merchandise is in fair condition and would sell to a limited group of potential bidders. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

<u>**Education**</u>

**Graduate Personal Property Appraiser**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

<u>**Work Experience**</u>

**Auctioneer and Appraiser**

   Forty-eight years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

**Attachment "A"**

**725 South Green Valley Parkway Unit 150 Henderson:**

*8*

1. (5) PLASTIC PATIO TABLES $50.00
2. (14) PLASTIC PATIO CHAIRS           70.00
3. (3) 30"x48" DINING TABLES 135.00
4. (9) 30" x 24" DINING TABLES           270.00
5. (28) DINING CHAIRS           560.00
6. (5) BACKLESS BAR STOOLS 100.00
7. MANITOWOC ICE HEAD        525.00
8. 8' STAINLESS STEEL DRY STORAGE CABINET           475.00
9. STAINLESS STEEL UTILITY CART   100.00
10. TURBO AIR UNDERCOUNTER 2-GLASS DOOR REFRIGERATOR           950.00
11. (2) NEMCO TABLE TOP STEAM WELLS           150.00
12. (35) PLASTIC TRAYS           17.50
13. WARING PANINI SUPREME SANDWICH PRESS           275.00
14. 48" TRUE SANDWICH PREP TABLE  600.00
15. AMERICAN RANGE SALAMANDER BROILER           575.00
16. OLD HICKORY BAR B QUE MACHINE ROTISSERIE SMOKER           3,000.00
17. (2) 60" TRUE STAINLESS STEEL UNDERCOUNTER 2-DOOR REFRIGERATORS           1,600.00
18. VOLLRATH MODEL 46436 PAN REFRIGERATOR / ICE DUMP           750.00
19. SINGLE STATION CASH REGISTER  80.00
20. (2) TELEPHONES        30.00
21. (2) 6' STAINLESS STEEL WORK TABLES           150.00
22. 36" IDEAL CHAR-GRILL           400.00
23. SR DG 16v TURBO GAS GYRO ROTISSERIE  800.00
24. AMERICAN RANGE DEEP FRYER        450.00
25. STAINLESS STEEL UTILITY CART   50.00

**Attachment "A" Continued**

26. 8' STAINLESS STEEL WORK TABLE 125.00
27. (4) 8' WALL MOUNT STAINLESS STEEL SHELVES    180.00

*8*

28. ROLLING FLOUR BIN         40.00

29. 8'x10" BUSH REFRIGERATION WALK-IN REFRIGERATOR    1,800.00

30. (8) NSF WIRE SHELF UNITS  440.00

31. ROLLING TRAY RACK         60.00

32. DUNAGE RACK       20.00

33. STAINLESS STEEL 2-HOLE POT SINK        425.00

34. ROLLING WASTE GREASE STORAGE CONTAINER   100.00

35. (2) LADDERS           50.00

36. (2) 5' WALL MOUNT STAINLESS STEEL SHELVES    80.00

37. STAINLESS STEEL 3-HOLE DISH SINK        475.00

38. SECTION OF LOCKERS (6)    125.00

39. ASSORTED PLASTIC & STAINLESS STEEL INSERTS 200.00

40. ASSORTED POTS & UTENSILS         200.00

41. 8' WELLS 3-HOLE STEAM TABLE     650.00

42. (2) MOP BUCKETS   30.00

43. 2-DRAWER FILE CABINET   5.00

44. SMALL SAFE         50.00

45. COMPUTER 75.00

46. EPSON PRINTER     25.00

47. MICROWAVE OVEN          30.00

48. (2) WINCO SOUP WARMERS         90.00

49. (4) 55" TVS   440.00

50. VULCAN DOUBLE CONVECTION OVENS    2,500.00

51. 8' WELLS 2-HOLE STEAM TABLE    600.00

**Attachment "A"C ontinued**

**Sub-Total**    **$20,977.50**


**2146 Colorado Boulevard L.A.:**

*9*

52. (3) 30"x48" DINING TABLES 135.00

53. (9) 30"x24" DINING TABLES 270.00

54. (28) DINING CHAIRS          560.00

55. (5) BACKLESS BAR STOOLS 100.00

56. MANITOWOC ICE HEAD     525.00

57. 8' STAINLESS STEEL DRY STORAGE CABINET     475.00

58. STAINLESS STEEL UTILITY CART   100.00

59. TURBO AIR UNDERCOUNTER 2-GLASS DOOR REFRIGERATOR     950.00

60. (2) NEMCO TABLE TOP STEAM WELLS     150.00

61. (35) PLASTIC TRAYS          17.50

62. WARING PANINI SUPREME SANDWICH PRESS     275.00

63. 48" TRUE SANDWICH PREP TABLE  600.00

64. AMERICAN RANGE SALAMANDER BROILER     575.00

65. OLD HICKORY BAR B QUE MACHINE ROTISSERIE SMOKER     3,000.00

66. (2) 60" TRUE STAINLESS STEEL UNDERCOUNTER 2-DOOR REFRIGERATORS     1,600.00

67. VOLLRATH MODEL 46436 PAN REFRIGERATOR / ICE DUMP     750.00

68. SINGLE STATION CASH REGISTER  80.00

69. (2) TELEPHONES      30.00

70. (2) 6' STAINLESS STEEL WORK TABLES     150.00

71. 36" IDEAL CHAR-GRILL        400.00

72. SR DG 16v GYRO ROTISSERIE        800.00

73. AMERICAN RANGE DEEP FRYER    450.00

74 STAINLESS STEEL UTILITY CART    50.00

**Attachment "A" Continued**

75. (4) WALL MOUNT STAINLESS STEEL SHELVES     180.00

76. ROLLING FLOUR BIN       40.00

77. 8'x10' BUSH WALK-IN REFRIGERATOR     1,800.00

78. (8) NSF WIRE SHELF UNITS  440.00

*10*

79. ROLLING TRAY RACK	60.00

80. DUNNAGE RACK	20.00

81. STAINLESS STEEL 2-HOLE POT SINK	425.00

82. ROLLING WASTE GREASE STORAGE CONTAINER	100.00

83. (2) 5' WALL MONUT STAINLESS STEEL SHELVES	80.00

84. STAINLESS STEEL 3-HOLE DISH SINK	475.00

85. SECTION OF LOCKERS (6)	125.00

86. ASSORTED PLASTIC & STAINLESS STEEL INSERTS	200.00

87. ASSORTED POTS & UTENSILS	200.00

88. 8' WELLS 3-HOLE STEAM TABLE	650.00

89. COMPUTER	75.00

90. EPSON PRINTER	25.00

91. MICROWAVE OVEN	30.00

92. (4) 55" TVS	440.00

93. (2) WINCO SOUP WARMERS	90.00

**Sub-Total	$17,497.50**

**Grand Total	$38,475.00**

# Billing Statement

July 22, 2022

*11*

Jacob Tchamanian
Re: BBC Group NV LLC and BBC Group LA LLC
6825 West Russell Road Unit 115
Las Vegas, Nevada 89118


RE: Personal Property Appraisal /

2.34 hours @ $75.00 per hour=$175.00)


**APPRAISAL FEE        $175.00**



PLEASE REMIT TO: Daniel C. Watson
                 2531 Woodson Avenue
                 Henderson, Nevada 89052


# Paid in Full!