Anticipated Payment calendar

**BBC Group NV, LLC (Lead Case)**

| Month # | Payment Date | Fair Fee Legal Services (Admin Claim) | Trustee Brian Shapiro (Admin Claim) | Dynamic Town Square Las Vegas, LLC. (Admin Claim) | IRS (for BBC Group CA, LLC) PRIORITY | Franchise Tax Board (for BBC Group NV, LLC) | Franchise Tax Board (for BBC Group CA, LLC) | 2144, 2146 Colorado Blvd, LLC (Pre-Petition Arrears) | Tokyo Century/Isuzu Finance of America (Secured) | All General Unsecured Creditors | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Est Dec 2022 | $3,346.49 | $1,673.24 | | | | | | $1,124.38 | | $6,144.12 |
| 2 | | $3,346.49 | $1,673.24 | | | | | | $1,124.38 | | $6,144.12 |
| 3 | | $3,346.49 | $1,673.24 | | | | | | $1,124.38 | | $6,144.12 |
| 4 | | $3,346.49 | $1,673.24 | | | | | | $1,124.38 | | $6,144.12 |
| 5 | | $3,346.49 | $1,673.24 | | | | | | $1,124.38 | | $6,144.12 |
| 6 | | $3,267.55 | $1,633.78 | $118.41 | | | | | $1,124.38 | | $6,144.12 |
| 7 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 8 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 9 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 10 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 11 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 12 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 13 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 14 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 15 | | | | $5,019.73 | | | | | $1,124.38 | | $6,144.12 |
| 16 | | | | $3,805.52 | $1,214.22 | | | | $1,124.38 | | $6,144.12 |
| 17 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.12 |
| 18 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 19 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 20 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 21 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 22 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 23 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 24 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 25 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 26 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 27 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 28 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 29 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 30 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 31 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 32 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 33 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 34 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 35 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 36 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 37 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 38 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 39 | | | | | $4,810.71 | $173.25 | $35.77 | | $1,124.38 | | $6,144.11 |
| 40 | | | | | $1,765.77 | $107.38 | $22.21 | $3,124.38 | $1,124.38 | | $6,144.12 |
| 41 | | | | | | | | $5,019.73 | $1,124.38 | | $6,144.12 |
| 42 | | | | | | | | $5,019.73 | $1,124.38 | | $6,144.12 |
| 43 | | | | | | | | $5,019.73 | $1,124.38 | | $6,144.12 |
| 44 | | | | | | | | $3,016.42 | $1,124.38 | $2,003.31 | $6,144.12 |
| 45 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 46 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 47 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 48 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 49 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 50 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 51 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 52 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 53 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 54 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 55 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 56 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 57 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 58 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 59 | | | | | | | | | $1,124.38 | $5,019.73 | $6,144.12 |
| 60 | | | | | | | | | $1,124.38 | $5,019.83 | $6,144.21 |
| TOTAL PAID | | $20,000.00 | $10,000.00 | $49,101.53 | $113,626.32 | $4,092.13 | $844.92 | $21,200.00 | $67,463.03 | $82,319.16 | **$368,647.08** |