_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 23, 2022

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALL BANKRUPTCY
8751 W Charleston Blvd, #220
Las Vegas, Nevada 89117
Phone: (702) 715-0000
help@bkvegas.com

*e-filed August 17, 2022*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO.: 22-11538-MKN |
|---|---|
| BBC GROUP NV, LLC (22-11538-mkn) **(LEAD CASE)** | CHAPTER: 11 |
| And | **CONFIRMATION HEARING:** HEARING DATE: OCT. 26, 2022 HEARING TIME: 9:30 AM |
| BBC Group CA, LLC (22-11539-mkn) | |
| *Jointly Administered Under Case No. 22-11538-mkn* | |
| Debtor(s) | |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION RE: FIXING OF DEADLINES AND PROCEDURES IN SUBCHAPTER V CASE RELATING TO PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**

BBC GROUP NV, LLC having filed its *Ex Parte Motion for Order Re: Fixing of Deadlines and Procedures in Subchapter V Case Relating to Proposed Chapter 11 Plan of Reorganization*

BALLSTAEDT LAW FIRM
8751 W Charleston Blvd, #220
Las Vegas, NV 89117

(the "Motion"), thereby requesting the fixing of various dates and deadlines pursuant to Fed. R. Bankr. P. 3017.2 and related authorities relating to its [*Proposed*] *Chapter 11 Plan of Reorganization* (the "Plan"), and for good cause shown;

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion is GRANTED.

2. The Hearing Notice attached to the Motion as **Exhibit 2** is approved.

3. The Debtor shall distribute packages (the "Plan Packages") consisting of: (i) the proposed Plan, together with all exhibits thereto; (ii) this Order; (iii) the Combined Hearing Notice, and (iv) the Ballots, as applicable, within five (5) business days of entry of this Order.

4. The following dates and deadlines related to the Plan are fixed:

    a. Objection Deadline: **October 12, 2022** is fixed as the last day for filing and serving written Objections to confirmation of the Plan, as well as any affidavits or declarations in support;

    b. Ballot Deadline: **October 12, 2022** is fixed as the last day for the Debtor's counsel to *actually receive* any completed ballots for voting on the Debtor's Plan;

    c. Reply Deadline: **October 19, 2022** is fixed as the deadline for the Debtor to file a reply to any timely filed Objections to confirmation of the Plan, and a brief and declaration(s) in support of confirmation of the Plan;

    d. Confirmation Brief Deadline: **October 19, 2022** is fixed as the deadline for the Debtor's filing of the confirmation brief.

    e. Ballot Summary Deadline: **October 19, 2022** is fixed as the deadline for the Debtor's filing of the Ballot Summary; and

    f. Confirmation Hearing: **October 26, 2022 at the hour of 9:30 AM** is fixed as the date and time for the Confirmation Hearing on the Plan.

5. Pursuant to Bankruptcy Rule 3019 and LR 3019, all creditors and parties in interest are advised that the Court may consider modifications to the Debtor's proposed Plan at the Confirmation Hearing.

6. The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtor without further notice other than adjournments announced in open Court.

7. Objections to confirmation of the Plan not timely filed and served in accordance with the provisions of this Order shall not be considered by the Court and shall be denied and overruled unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

**PREPARED and SUBMITTED:**

**By:** /s/ SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALL BANKRUPTCY
8751 W Charleston Blvd, #220
Las Vegas, Nevada 89117
Phone: (702) 715-0000
help@bkvegas.com
*Attorney for Debtor*