Terri H. Didion, Assistant United States Trustee
State Bar #CA 133491
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile:  (702) 388-6658
E-mail: *terri.didion@usdoj.gov*

Attorneys for the United States Trustee
    TRACY HOPE DAVIS

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 22-11538-mkn |
| BBC GROUP NV, LLC, | Chapter 7 |
| Debtor(s). | |

### APPOINTMENT OF BRIAN D. SHAPIRO AS TRUSTEE AND DESIGNATION OF BOND

Pursuant to the Order Granting Motion To Convert Cases To Chapter 7 Pursuant To 11 U.S.C. §1112(b) in this case (ECF No. 191), the United States Trustee hereby appoints **Brian D. Shapiro** as interim Chapter 7 trustee in the above-entitled case. The blanket bond for Chapter 7 trustees, previously on file with the Court, is hereby designated as the required Bond for **Brian D. Shapiro** in this case.

Dated: December 6, 2022

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:    */s/ Terri H. Didion*
       Terri H. Didion
       Assistant United States Trustee